No. 925. 3963 BOTTLES, MORE OR LESS, ETC., OWEN LABORATORIES, INC., v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Milton A. Bass* and *Solomon H. Friend* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 941. PERRY, U. S. DISTRICT JUDGE, v. MADDEN, REGIONAL DIRECTOR OF THE NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Mozart G. Ratner* for petitioner. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 947. UNITED STATES EX REL. DRISCOLL v. JUDGES OF THE MISSOURI SUPREME COURT. Supreme Court of Missouri. Certiorari denied. *J. Ward Driscoll* for relator. *Gustavus A. Buder, Jr.* for respondent.

No. 950. JOHN W. McGRATH CORP. ET AL. v. HUGHES, DEPUTY COMMISSIONER, ET AL. C. A. 2d Cir. Certiorari denied. *John M. Cunneen* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the Deputy Commissioner, respondent.

No. 953. BEDNO ET AL., DOING BUSINESS AS KING OPTICAL CO., v. FAST ET AL. Supreme Court of Wisconsin. Certiorari denied. *David Previant* for petitioners. *John W. Reynolds,* Attorney General of Wisconsin, for the Wisconsin Board of Examiners in Optometry, and *William J. McCauley* for McCauley, respondents.